IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| ESP PETROCHEMICALS, INC. | § | CASE NO. 16-60020-H2-11 |
| ESP RESOURCES, INC. | § | CASE NO. 16-60021-H2-11 |
| | § | |
| Debtors. | § | Jointly Administered Under |
| | § | Case No. 16-60020-H2-11 |
| | § | Judge David R. Jones |

### NOTICE OF OCCURRENCE OF SALE CLOSING AND REQUEST TO CONVERT CASES TO CHAPTER 7
[Docket #255]

ESP Petrochemicals, Inc. ("ESPP") and ESP Resources, Inc. ("ESPI") (collectively the "Debtors"), debtors and debtors in possession, hereby file this notice of sale closing to Encore Chemical in accordance with the ORDER (A) AUTHORIZING AND APPROVING THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS ENCUBRANCES AND OTHER INTERESTS, (B) APPROVING THE ASSET PURCHASE AGREEMENT, AND (C) APPROVING THE ASSUMPTION AND ASSIGNMENT OF THE UNEXPIRED EXECUTORY CONTRACTS AND LEASES [Docket #255] and request that the captioned bankruptcy cases be converted from Chapter 11 to Chapter 7 under 11 U.S. C. §1112(a). A proposed order authorizing the conversion of these cases to Chapter 7 is attached hereto.

DATED:  April 30, 2017

        Respectfully submitted,

        HOOVER SLOVACEK LLP

        By:    */s/ Melissa A. Haselden*
              EDWARD L. ROTHBERG
              State Bar No. 17313990
              MELISSA A. HASELDEN
              State Bar No. 00794778
              5051 Westheimer, Suite 1200
              Houston, Texas 77056
              Telephone: 713.977.8686
              Facsimile:  713.977.5395
              haselden@hooverslovacek.com

        ATTORNEYS FOR DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2017, a true and correct copy of the attached Notice of Occurrence of Sale Closing and Request to Convert Cases to Chapter 7 was served by the Court's ECF notification system to the parties listed below.

*/s/ Melissa A. Haselden*
MELISSA A. HASELDEN

**16-60020 Notice will be electronically mailed to:**
John Akard, Jr on behalf of Creditor Industrial Chemicals, Inc.
johnakard@attorney-cpa.com, japccourtdocs@gmail.com

John T Banks on behalf of Creditor Karnes County
jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com

Micheal W Bishop on behalf of Creditor IMI Market Street, LLC, a Delaware limited liability company; mbishop@grayreed.com

Jason S Brookner on behalf of Creditor Hillair Capital Investments, LP
jbrookner@grayreed.com, cpatterson@grayreed.com;lwebb@grayreed.com

Gary Wayne Coker on behalf of Creditor MidSouth Bank
bankruptcy@germer.com, melaniew@germer.com

Allen M. DeBard on behalf of Interested Party Amerisource Funding, Inc.
allen.debard@leclairryan.com

Patrick D Devine on behalf of Creditor Baker Hughes Oilfield Operations, Inc.
pdevine@pdevinelaw.com

Patrick D Devine on behalf of Creditor Committee Official Committee of Unsecured Creditors
pdevine@pdevinelaw.com

Hector Duran on behalf of U.S. Trustee US Trustee; Hector.Duran.Jr@usdoj.gov

Lee Gordon on behalf of Creditor Pine Tree ISD
kim.morriss@mvbalaw.com;sonya.ragsdale@mvbalaw.com

Melissa Anne Haselden on behalf of Debtor ESP Petrochemicals,Inc Haselden@hooverslovacek.com
haseldenbankruptcy@gmail.com,bankruptcy1@hooverslovacek.com,phelan@hooverslovacek.com

Melissa Anne Haselden on behalf of Joint Debtor ESP Resources, Inc.
Haselden@hooverslovacek.com, haseldenbankruptcy@gmail.com, bankruptcy1@hooverslovacek.com, phelan@hooverslovacek.com

Timothy James Henderson on behalf of Interested Party BWC Management, Inc.
timjhenderson@msn.com

Courtney Hull on behalf of Creditor Texas Comptroller of Public Accounts
bk-chull@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov

Richard A. Kincheloe on behalf of Creditor United States of America
Richard.Kincheloe@usdoj.gov, caseview.ecf@usdoj.gov;nicole.robbins@usdoj.gov

I Richard Levy on behalf of Creditor ARC Products, Inc.; levy@irlevylaw.com

Harold Norman May on behalf of Creditor Solstice Equipment, LLC
hap.may@may-firm.com

Curtis W McCreight on behalf of Debtor ESP Petrochemicals, Inc.
mccreight@hooverslovacek.com, bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor ESP Resources, Inc.
mccreight@hooverslovacek.com, bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Jason Matthew Medley on behalf of Interested Party Amerisource Funding, Inc.
jason.medley@leclairryan.com, jonathan.gold@leclairryan.com

R Christopher Naylor on behalf of Creditor Ford Motor Credit Company LLC
kimg@dntlaw.com

Trent L Rosenthal on behalf of Interested Party Transfac Capital, Inc.
trosenthal@rosenthallaw.com, nlamb@rosenthallaw.com

Edward L Rothberg on behalf of Debtor ESP Petrochemicals, Inc.
rothberg@hooverslovacek.com,
ELRbankruptcy@gmail.com,ray@hooverslovacek.com;hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor ESP Resources, Inc.
rothberg@hooverslovacek.com,
ELRbankruptcy@gmail.com,ray@hooverslovacek.com;hsllpbankruptcy@gmail.com

Diane Wade Sanders on behalf of Creditor Hidalgo County
austin.bankruptcy@publicans.com

Diane Wade Sanders on behalf of Creditor Live Oak CAD
austin.bankruptcy@publicans.com

Diane Wade Sanders on behalf of Creditor Victoria County
austin.bankruptcy@publicans.com

Stephen Douglas Statham on behalf of U.S. Trustee US Trustee
stephen.statham@usdoj.gov

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV